*10*

```
                                              United States District Court
                                               Southern District of Texas
                                                        FILED
         UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF TEXAS          JUL 0 6 2001
             BROWNSVILLE DIVISION
                                                   Michael N. Milby
                                                    Clerk of Court
```

MARTIN TORRES-CASTILLO,           )
                                  )
v.                                )     CA B-01-009
                                  )
E.M. TROMINSKI, et al.            )
_____)

**NOTICE OF DISPOSITIVE CASE REGARDING RESPONDENTS' MOTION TO DISMISS**

Martin Torres-Castillo, by and through the undersigned, files the instant Notice of Dispositive Case, with respect to Respondents' Motion to Dismiss his Petition for Writ of Habeas Corpus. Specifically, *INS v. St. Cyr*, _ U.S. _, (June 25, 2001) establishes that this Court has jurisdiction under 28 U.S.C. §2241. It also lends significant support to his contention that the new definition of conviction (8 U.S.C. §1101(a)(48)(A)) cannot be constitutionally applied to him, and establishes that, in the alternative, he is entitled to seek relief under §212(c) of the Act, notwithstanding that he is in removal, rather than deportation, proceedings.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga/*

Lisa S. Brodyaga                    Fed. ID:  1178
REFUGIO DEL RIO GRANDE              Texas State Bar:  03052800
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas, 78551, on July 2, 2001.