# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**OCT 2 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARTIN TORRES-CASTILLO | * | |
| | * | |
| VS | * | C.A. NO. B-01-009 |
| | * | |
| E.M. TROMINSKI, ET AL | * | |

## ORDER SETTING HEARING

An evidentiary hearing in above-captioned and numbered cause of action is hereby set for November 28, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 25th day of October 2001.

Felix Recio
United States Magistrate Judge

ClibPDF - www.fastio.com