*12*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARTIN TORRES-CASTILLO       *
                             *
     VS                      *   C.A. NO. B-01-009
                             *
E.M. TROMINSKI, ET AL        *

## ORDER RESCHEDULING HEARING

Petitioner's Unopposed Oral Motion for a Continuance of the Evidentiary Hearing is hereby GRANTED. The evidentiary hearing, in above-captioned and numbered cause of action, is hereby reset from November 28, 2001, to December 14, 2001, at 2:00 p.m.

DONE at Brownsville, Texas, this 26th day of November 2001.

Felix Recio
United States Magistrate Judge