15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARTIN TORRES-CASTILLO, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. B-01-009 |
| ) | |
| E.M. TROMINSKI, INS ) | |
| DISTRICT DIRECTOR, et al. ) | |
| Respondents. ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

COMES NOW, E.M. Trominski, Immigration and Naturalization Service ("Service") District Director, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and hereby files the administrative record of Petitioner MARTIN TORRES-CASTILLO with this Court for review.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: December 11, 2001

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Lisa S. Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX 78586

on this the __11th__ day of __December__, 2001.

                                        Lisa M. Putnam
                                        Special Assistant U.S. Attorney