*17*

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk   :   M Garcia
Court Reporter    :   Barbara Barnard
Interpreter       :   Sandra Cortez
CSO               :   Davidson
Date              :   December 14, 2001 at 2:30 pm
------------------------------------------------------------------
CASE CA NO. B-01-009
Martin Torres-Castillo                              L Brodyaga
vs
E.M. Trominski, et al                               L Putnam
------------------------------------------------------------------
```

United States District Court
Southern District of Texas
FILED
DEC 14 2001
Michael N. Milby, Clerk of Court

## EVIDENTIARY HEARING

Petitioner present with this attorney, L Bordyaga; L Putnam present for the respondent;

L Bordyaga states the facts of the case and presents her arguments before the Court;

L Putnam proceeds to address the Court;

The Court notified counsel that he would file a Report and Recommendation;

Court adjourned.