ORIGINAL

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 1 6 2002
Michael N. Milby
Clerk of Court

MARTIN TORRES-CASTILLO     )
                          )
VS.                       ) CIVIL ACTION NO. B-01-009
                          )
E.M. TROMINSKI, ET AL     )

MOTIONS

On the 14th day of December, 2001, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Felix Recio, Judge Presiding, held in Brownsville, Texas.

Proceedings reported by computerized stenotype machine.