

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 8 2002

Michael N. Milby
Clerk of Court

MARTIN TORRES-CASTILLO,     )
    Petitioner,             )
                            )
v.                          )     Civil Action No. B-01-009
                            )
E.M. TROMINSKI, INS         )
DISTRICT DIRECTOR, et al.   )
    Respondents.            )
_____)

**RESPONDENTS' MOTION TO STRIKE PETITIONER'S SECOND SUPPLEMENTAL BRIEF ON THE CONSTITUTIONAL ISSUES RAISED HEREIN OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A RESPONSE TO PETITIONER'S SECOND SUPPLEMENTAL BRIEF ON THE CONSTITUTIONAL ISSUES RAISED HEREIN**

COME NOW, Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and hereby file this Motion to Strike Petitioner's Second Supplemental Brief on the Constitutional Issues Raised Herein or, in the alternative, Motion for Leave to File a Response to Petitioner's Second Supplemental Brief on the Constitutional Issues Raised Herein.  On or about January 7, 2002, the Petitioner filed a document entitled Petitioner's Second Supplemental Brief on the Constitutional Issues Raised Herein.  Said document purports to "further" examine the constitutional issued raised in the Petitioner's Petition for Writ of Habeas

Corpus, in other previously filed documents, and at the hearing on December 14, 2001. The Respondents respectfully move this Court to strike the filing.

Petitioner's filing should not be allowed because he has not sought leave. Importantly, the Petitioner neither argues that the information contained in this disputed filing could not have been included in an earlier pleading, nor does he state a specific reason why leave should be granted in the interest of justice. Petitioner is simply attempting to further argue his position. The Court neither required nor suggested that it needed any further explanation of the Petitioner's position set forth in the prior filings or stated at the hearing on December 14, 2001. The Petitioner's filing should not be considered.

Secondly, Petitioner's Second Supplemental Brief cannot otherwise be considered a motion because it does not include an application for an order from this Court. <u>See</u> Fed. R. Civ. P. 7(b). The filing, rather, is apparently the Petitioner's attempt to expound his prior positions, something that should have been done earlier at the hearing on December 14, 2001.

Considering that the Petitioner has not requested leave to file and because the filing is not a proper method for communicating with the Court, the Court should strike the Petitioner's Second Supplemental Brief on the Constitutional Issues Raised Herein.

Alternatively, should the Court determine that the Petitioner's Second Supplemental Brief on the Constitutional

2

Issues Raised Herein should be considered, the Respondents' respectfully move for leave to file a response. The Respondents' seek 30 days after an entry of an order denying this Motion to Strike in which to file a response.

                              Respectfully submitted,

                              MICHAEL T. SHELBY
                              United States Attorney
                              Southern District of Texas

                              LISA M. PUTNAM
                              Special Assistant U.S. Attorney
                              Attorney in Charge
                              Georgia Bar No. 590315
                              Federal Bar No. 23937
                              P.O. Box 1711
                              Harlingen, Texas 78551
                              Tel: (956) 389-7051
Date: January 17, 2002        Fax: (956) 389-7057

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of it in the United States mail, first class postage prepaid, to:

>Lisa S. Brodyaga, Esquire
>Refugio Del Rio Grande
>17891 Landrum Park Rd.
>San Benito, TX  78586

on this the ___17th_____ day of _____January_____, 2002.

_____
Lisa M. Putnam
Special Assistant U.S. Attorney