UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARTIN TORRES-CASTILLO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-009 |
| | § | |
| E.M TROMINSKI, ET. AL, | § | |
| Respondent. | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file and the pleadings filed therein, the Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is hereby GRANTED. This cause is hereby REMANDED to the BIA with instructions that Petitioner be given an opportunity to apply for § 212(c) relief. The Respondent's Motion to Dismiss is DENIED.

DONE in Brownsville, Texas on this ____ day of _____, 2002.

Hilda Tagle
United States District Judge